## Fill in this information to identify your case:

**Debtor 1**: Craig Clinton Rominger
First Name  Middle Name  Last Name

**Debtor 2**: Heidi Kay Rominger
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: **Western** District of **Washington**

Case number **24-11790**
(if known)

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B:* Property (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**
☑ No. Go to Part 2.
☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | **Total claim** |
|---|---|---|
| **4.1** **AMERICAN EXPRESS** | Last 4 digits of account number **5 5 6 3** | **$32,796.00** |
| Nonpriority Creditor's Name | When was the debt incurred? **12/11/2021** | |
| **PO BOX 297871** | | |
| Number Street | | |
| | As of the date you file, the claim is: Check all that apply. | |
| **FORT LAUDERDALE, FL 33329** | ☐ Contingent | |
| City State ZIP Code | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Who incurred the debt?** Check one. | | |
| ☑ Debtor 1 only | **Type of NONPRIORITY unsecured claim:** | |
| ☐ Debtor 2 only | ☐ Student loans | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ☐ At least one of the debtors and another | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☐ Check if this claim is for a community debt | ☑ Other. Specify **CreditCard** | |
| **Is the claim subject to offset?** | | |
| ☑ No | | |
| ☐ Yes | | |

Official Form 106E/F  Schedule E/F: Creditors Who Have Unsecured Claims  page **1** of **17**

| Debtor 1 | **Craig** | **Clinton** | **Rominger** | Case number *(if known)* **24-11790** |
|---|---|---|---|---|
| Debtor 2 | **Heidi** | **Kay** | **Rominger** | |
| | First Name | Middle Name | Last Name | |

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

---

**4.2** **AMEX/CITIBANK, N.A.**
Nonpriority Creditor's Name

**9111 DUKE BLVD**
Number          Street

**MASON, OH 45040**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **0  5  4  1**            $5,094.00

When was the debt incurred?   **4/1/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

---

**4.3** **APPLE CARD/GS BANK USA**
Nonpriority Creditor's Name

**LOCKBOX 6112 PO BOX 7247**
Number          Street

**PHILADELPHIA, PA 19170**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **4  7  8  9**            $4,268.00

When was the debt incurred?   **12/8/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

---

| Debtor 1 | **Craig** | **Clinton** | **Rominger** | Case number *(if known)* **24-11790** |
|---|---|---|---|---|
| Debtor 2 | **Heidi** | **Kay** | **Rominger** | |
| | First Name | Middle Name | Last Name | |

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.  **Total claim**

---

**4.4**  **BANK OF AMERICA**
Nonpriority Creditor's Name
**PO BOX 982238**
Number          Street

**EL PASO, TX 79998**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **9  8  3  1**

When was the debt incurred?   **12/8/2014**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

**$8,640.00**

---

**4.5**  **Bruce Montgomery**
Nonpriority Creditor's Name
**3455 Evergreen Point Rd**
Number          Street

**Medina, WA 98039**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___  ___  ___  ___

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Potential Claim Against Debtor**

**unknown**

---

| Debtor 1 | **Craig** | **Clinton** | **Rominger** | Case number *(if known)* **24-11790** |
|---|---|---|---|---|
| Debtor 2 | **Heidi** | **Kay** | **Rominger** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                    **Total claim**

---

**4.6** **CAPITAL ONE BANK USA**
Nonpriority Creditor's Name
**PO BOX 31293**
Number          Street

**SALT LAKE CITY, UT 84131**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **4  1  7  5**          **$4,912.00**

**When was the debt incurred?**   **5/9/2014**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

**4.7** **Carl B and Lori M Gether**
Nonpriority Creditor's Name
**190 Eastover Dr.**
Number          Street

**Lexington, KY 40502**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___          **unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Potential Claim Against Debtor**

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page **4** of **17**

Debtor 1 **Craig Clinton Rominger** Case number *(if known)* **24-11790**
Debtor 2 **Heidi Kay Rominger**
　　　　　First Name　　Middle Name　　Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

### 4.8 Citibank
Nonpriority Creditor's Name

**PO Box 790040**
Number　　Street

**Saint Louis, MO 63179-9819**
City　　State　　ZIP Code

Last 4 digits of account number **2 1 6 1**　　**$10,547.54**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.9 David & Kelly Baugh
Nonpriority Creditor's Name

**1509 Altorac Way**
Number　　Street

**Lexington, KY 40509**
City　　State　　ZIP Code

Last 4 digits of account number ___ ___ ___ ___　　**unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Potential Claim Against Debtor**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor 1 | **Craig** | **Clinton** | **Rominger** | Case number *(if known)* **24-11790** |
|---|---|---|---|---|
| Debtor 2 | **Heidi** | **Kay** | **Rominger** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**       **Total claim**

### 4.10 DBS Law LLC
Nonpriority Creditor's Name

**ATTN: Dominique Scalia North Gate Executive Center**

**155 NE 100th St. #205**
Number   Street

**Seattle, WA 98125**
City     State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___         **unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Potential Claim Against Debtor**

### 4.11 DISCOVER BANK
Nonpriority Creditor's Name

**PO BOX 30939**
Number   Street

**SALT LAKE CITY, UT 84130**
City     State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  4  7  7  6         **$17,946.00**

**When was the debt incurred?**  **5/13/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **CreditCard**

| Debtor 1 | **Craig** | **Clinton** | **Rominger** | Case number *(if known)* **24-11790** |
|---|---|---|---|---|
| Debtor 2 | **Heidi** | **Kay** | **Rominger** | |
| | First Name | Middle Name | Last Name | |

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

---

**4.12**

**Doug Backous & Spouse**
Nonpriority Creditor's Name
**18917 Soundview Pl**
Number  Street

**Edmonds, WA 98020**
City  State  ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Potential Claim Against Debtor**

**unknown**

---

**4.13**

**Fred Brown**
Nonpriority Creditor's Name
**6010 E Greenbluff Rd**
Number  Street

**Colbert, WA 99005**
City  State  ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Potential Claim Against Debtor**

**unknown**

---

| Debtor 1 | **Craig** | **Clinton** | **Rominger** | Case number *(if known)* **24-11790** |
|---|---|---|---|---|
| Debtor 2 | **Heidi** | **Kay** | **Rominger** | |
| | First Name | Middle Name | Last Name | |

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.14**  **Glacia, Inc.**
Nonpriority Creditor's Name
**ATTN: Dominique Scalia North Gate Executive Center**

**155 Ne 100th St Ste 205**
Number    Street

**Seattle, WA 98125-8015**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    **unknown**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Potential Claim Against Debtor**

---

**4.15**  **John Dowdell**
Nonpriority Creditor's Name
**3011 Williams Lane**
Number    Street

**Versailles, KY 40383**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    **unknown**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Potential Claim Against Debtor**

---

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page **8** of **17**

Case 24-11790-CMA    Doc 10    Filed 09/07/24    Ent. 09/07/24 11:12:15    Pg. 8 of 18

| Debtor 1 | **Craig** | **Clinton** | **Rominger** | Case number *(if known)* **24-11790** |
|---|---|---|---|---|
| Debtor 2 | **Heidi** | **Kay** | **Rominger** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**      **Total claim**

### 4.16 John Henry & Melissa Mulholland
Nonpriority Creditor's Name

**2245 Iron Works Pike**
Number    Street

**Lexington, KY 40511**
City    State    ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___     **unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Potential Claim Against Debtor**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

### 4.17 JPMCB CARD SERVICES
Nonpriority Creditor's Name

**PO BOX 15369**
Number    Street

**WILMINGTON, DE 19850**
City    State    ZIP Code

**Last 4 digits of account number** 5 3 7 5    **$1,183.00**

**When was the debt incurred?** **5/24/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **CreditCard**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| Debtor 1 | **Craig** | **Clinton** | **Rominger** | Case number *(if known)* **24-11790** |
|---|---|---|---|---|
| Debtor 2 | **Heidi** | **Kay** | **Rominger** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

### 4.18 JPMCB CARD SERVICES
Nonpriority Creditor's Name
**PO BOX 15369**
Number     Street

**WILMINGTON, DE 19850**
City       State       ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  **7  1  8  3**   **$838.00**

**When was the debt incurred?** **2/24/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **FlexibleSpendingCreditCard**

### 4.19 Kirsten Johnson
Nonpriority Creditor's Name
**3011 Williams Lane**
Number     Street

**Versailles, KY 40383**
City       State       ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___   **unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential Claim Against Debtor**

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.  **Total claim**

### 4.20 KOHLS/CAPITAL ONE
Nonpriority Creditor's Name
**N56 RIDGEWOOD DR**
Number  Street

**MENOMONEE FAL, WI 53051**
City  State  ZIP Code

Last 4 digits of account number **4 6 9 4**  $1,416.00
When was the debt incurred? **5/8/2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **ChargeAccount**

**Is the claim subject to offset?**
☒ No
☐ Yes

### 4.21 MACYS/CITIBANK, N.A.
Nonpriority Creditor's Name
**PO BOX 8218**
Number  Street

**MASON, OH 45040**
City  State  ZIP Code

Last 4 digits of account number **6 4 2 7**  $1,187.00
When was the debt incurred? **2/22/2016**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **ChargeAccount**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor 1 **Craig Clinton Rominger** Case number *(if known)* **24-11790**

Debtor 2 **Heidi Kay Rominger**
 First Name  Middle Name  Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

### 4.22 NAVIENT
Nonpriority Creditor's Name
**123 S JUSTISON ST**
Number  Street

**WILMINGTON, DE 19801**
City  State  ZIP Code

Last 4 digits of account number **0 0 5 0**  $14,037.00

When was the debt incurred? **9/6/2005**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.23 RPrime Foundation
Nonpriority Creditor's Name
**ATTN: Jonathan and Elizabeth Roberts**

**4105 E. Madison St. #200**
Number  Street
**Seattle, WA 98112**
City  State  ZIP Code

Last 4 digits of account number ___ ___ ___ ___  **unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Potential Claim Against Debtor**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor 1 | **Craig** | **Clinton** | **Rominger** | Case number *(if known)* **24-11790** |
|---|---|---|---|---|
| Debtor 2 | **Heidi** | **Kay** | **Rominger** | |
| | First Name | Middle Name | Last Name | |

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

---

**4.24** **SOUTHWEST CREDIT SYSTE**
Nonpriority Creditor's Name
**4120 INTERNATIONAL PKWY**
Number    Street

**CARROLLTON, TX 75007**
City    State    ZIP Code

**Last 4 digits of account number** **6  9  4  7**    **$1,975.00**

**When was the debt incurred?**   **2/13/2024**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CollectionAttorney**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.25** **SYNCB/CARE CREDIT**
Nonpriority Creditor's Name
**950 FORRER BLVD**
Number    Street

**KETTERING, OH 45420**
City    State    ZIP Code

**Last 4 digits of account number** **2  7  5  6**    **$84.00**

**When was the debt incurred?**   **7/8/2014**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **ChargeAccount**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor 1 | **Craig** | **Clinton** | **Rominger** | Case number *(if known)* **24-11790** |
|---|---|---|---|---|
| Debtor 2 | **Heidi** | **Kay** | **Rominger** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.  **Total claim**

### 4.26 U.S. Small Business Administration
Nonpriority Creditor's Name

**Po Box 3918**
Number  Street

**Portland, OR 97208-3918**
City  State  ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **9 1 0 4**  $450,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

### 4.27 USAA Auto Insurance
Nonpriority Creditor's Name

**9800 Fredericksburg Rd**
Number  Street

**San Antonio, TX 78288-0001**
City  State  ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **8 5 0 9**  $528.68

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Insurance**

| Debtor 1 | **Craig** | **Clinton** | **Rominger** | Case number *(if known)* **24-11790** |
|---|---|---|---|---|
| Debtor 2 | **Heidi** | **Kay** | **Rominger** | |
| | First Name | Middle Name | Last Name | |

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.  **Total claim**

---

**4.28** **USAA FEDERAL SAVINGS BANK**
Nonpriority Creditor's Name
**PO BOX 47504**
Number        Street

**SAN ANTONIO, TX 78265**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **0 7 2 9**        $1,517.00
When was the debt incurred?  **10/29/1996**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **CreditCard**

---

**4.29** **UW Medicine**
Nonpriority Creditor's Name
**Po Box 34735**
Number        Street

**Seattle, WA 98124-3413**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **1 0 1 6**        $953.00
When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical Bill**

---

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page **15** of **17**

| Debtor 1 | **Craig** | **Clinton** | **Rominger** | Case number *(if known)* **24-11790** |
|---|---|---|---|---|
| Debtor 2 | **Heidi** | **Kay** | **Rominger** | |
| | First Name | Middle Name | Last Name | |

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| 1. | **Zwicker & Associates PC** | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|---|
| | Name | Line **4.1** of *(Check one):* |
| | **80 Minuteman Rd** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| | Number       Street | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | | Last 4 digits of account number ___ ___ ___ ___ |
| | **Andover, MA 01810-1008** | |
| | City       State    ZIP Code | |

| 2. | **Suttell & Hammer PS** | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|---|
| | Name | Line **4.4** of *(Check one):* |
| | **PO Box C-90006** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| | Number       Street | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | | Last 4 digits of account number ___ ___ ___ ___ |
| | **Bellevue, WA 98009** | |
| | City       State    ZIP Code | |

| 3. | **Suttell & Hammer PS** | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|---|
| | Name | Line **4.6** of *(Check one):* |
| | **PO Box C-90006** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| | Number       Street | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | | Last 4 digits of account number ___ ___ ___ ___ |
| | **Bellevue, WA 98009** | |
| | City       State    ZIP Code | |

| 4. | **Credit Control, LLC** | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|---|
| | Name | Line **4.21** of *(Check one):* |
| | **Po Box 31179** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| | Number       Street | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | | Last 4 digits of account number ___ ___ ___ ___ |
| | **Tampa, FL 33631-3179** | |
| | City       State    ZIP Code | |

| Debtor 1 | **Craig** | **Clinton** | **Rominger** | Case number *(if known)* 24-11790 |
|---|---|---|---|---|
| Debtor 2 | **Heidi** | **Kay** | **Rominger** | |
| | First Name | Middle Name | Last Name | |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6.** Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | | Total claim |
|---|---|---|---|---|
| 6a. | **Domestic support obligations** | 6a. | | **$0.00** |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | | **$0.00** |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | | **$0.00** |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + | **$0.00** |
| 6e. | **Total.** Add lines 6a through 6d. | 6e. | | **$0.00** |

**Total claims from Part 2**

| | | | | Total claim |
|---|---|---|---|---|
| 6f. | **Student loans** | 6f. | | **$14,037.00** |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | | **$0.00** |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | | **$0.00** |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + | **$543,885.22** |
| 6j. | **Total.** Add lines 6f through 6i. | 6j. | | **$557,922.22** |

## Fill in this information to identify your case:

**Debtor 1:** Craig Clinton Rominger
First Name / Middle Name / Last Name

**Debtor 2** (Spouse, if filing): Heidi Kay Rominger
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **Western District of Washington**

Case number (if known): **24-11790**

☑ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Craig Clinton Rominger**
Craig Clinton Rominger, Debtor 1

Date **09/07/2024**
MM/ DD/ YYYY

X **/s/ Heidi Kay Rominger**
Heidi Kay Rominger, Debtor 2

Date **09/07/2024**
MM/ DD/ YYYY