_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re | No. 24-11790-CMA (Ch. 7) |
|---|---|
| CRAIG CLINTON ROMINGER and HEIDI KAY ROMINGER, | ORDER GRANTING MOTION TO REOPEN BANKRUPTCY CASE IN ORDER TO SEEK REVOCATION OF DISCHARGE |
| Debtors. | |
| | **CLERK'S ACTION REQUIRED** |

THIS MATTER came before the Court upon the motion to reopen the above-captioned case filed by Jonathan Roberts ("Roberts"). The Court finds that cause exists for the requested relief. Now, therefore, it is hereby

**ORDERED** that the above-captioned bankruptcy case be reopened so that Roberts may seek revocation of the debtors' discharge pursuant to 11 U.S.C. § 727(d)(1) and for such other purposes as the Court may find appropriate.

/ / /End of Order/ / /

ORDER GRANTING MOTION TO REOPEN BANKRUPTCY CASE IN
ORDER TO SEEK REVOCATION OF DISCHARGE – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hm06cw01d8

Case 24-11790-CMA    Doc 27    Filed 12/30/24    Ent. 12/30/24 10:29:40    Pg. 1 of 2

Presented by:

BUSH KORNFELD LLP

By  /s/ Christine M. Tobin-Presser
   Christine M. Tobin-Presser, WSBA #27628
Attorneys for Jonathan Roberts

ORDER GRANTING MOTION TO REOPEN BANKRUPTCY CASE IN
ORDER TO SEEK REVOCATION OF DISCHARGE – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hm06cw01d8

Case 24-11790-CMA    Doc 27    Filed 12/30/24    Ent. 12/30/24 10:29:40    Pg. 2 of 2